UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
                                                       :
PHILIP MORRIS USA INC.,                                :
                                                       :
                                    Plaintiff,         :         ORDER
                                                       :
                                                       :         06-cv-2988(GBD)
                                                       :
              - against -                              :
                                                       :
                                                       :
VELES LTD., AFOLINA INC., XENON LTD.,                  :
LOLADEZ NANA, MR-PILOT PLUS SRL.,                      :
DIGITAL MANDATE ESTABLISHMENT, OOO                     :
INTELKOM, RU HOLDING, VLADISLAV                        :
RUZOV, BLITZ LTD., ALL OF OUR BUTTS,                   :
CIGARETTES AMERICA, DISCOUNT-                          :
CIGARETTES.COM, AND                                    :
NATIONWIDESHOPPINGCART.COM,                            :
                                                       :
                                    Defendants.        :
------------------------------------------------------x

GEORGE B. DANIELS, United States District Judge:

     Plaintiff Philip Morris USA, Inc. seeks an order striking the answer filed on behalf of defendants Discount-cigarettes.com and Nationwideshoppingcart.com and entering a default judgment against those defendants for their failure to comply with the order issued by Magistrate Judge Theodore H. Katz on July 30, 2008. Plaintiff also asks this Court to enter a permanent injunction against Discount-cigarettes.com, Nationwideshoppingcart.com, and certain individuals plaintiff believes to be affiliated with those corporations.

     In his order, Magistrate Judge Katz advised defendants that if counsel failed to appear on their behalf by August 4, 2008, "a default will be entered" against them. See Order, Docket No. 85. No attorney filed a notice of appearance on defendants' behalf, and the deadline to do so has

long since expired. Accordingly, plaintiff's request that an order of default be entered against defendants Discount-cigarettes.com and Nationwideshoppingcart.com is GRANTED.

Plaintiff's motion that this Court strike the answer filed on behalf of Discount-cigarettes.com and Nationwideshoppingcart.com is denied as moot.

Dated: New York, New York
April 20, 2009

APR 2 0 2009

SO ORDERED:

*George B. Daniels*

HON. GEORGE B. DANIELS
United States District Judge

-2-